UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| NATHANIEL T. TAYLOR | ) | |
| | ) | |
| v. | ) | NO. 3:04-cv-63 |
| | ) | (CR. 3:03-cr-06) |
| UNITED STATES OF AMERICA | ) | |

## ORDER OF JUDGMENT

In accordance with the accompanying memorandum opinion, this *pro se* motion to vacate, set aside, or correct a sentence under 28 U.S.C. § 2255 is **DENIED**. Should the petitioner give timely notice of an appeal from this decision, such notice also will be taken as an application for a certificate of appealability, which is **DENIED** because he has failed to make a substantial showing of the denial of a constitutional right. *See* 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b). The Court also **CERTIFIES** that any appeal from this decision would not be taken in good faith.

**ENTER**:

s/ James H. Jarvis
SENIOR U. S. DISTRICT JUDGE

ENTERED AS A JUDGMENT
s/ *Patricia L. McNutt*
CLERK OF COURT